IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAN ORTIZ,

    Plaintiff,

  v.

RANDSTAD NORTH AMERICA, L.P.,

    Defendant.

No. C-13-5050 MMC

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS**

On December 10, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

1. Plaintiff is DIRECTED to submit a chambers copy of his First Amended Class Action Complaint, filed November 22, 2013.

2. Defendant is DIRECTED to submit a chambers copy of its Answer, filed December 9, 2013.

**IT IS SO ORDERED.**

Dated: December 23, 2013

MAXINE M. CHESNEY
United States District Judge