1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   DEREK S. SACHS, SB# 253990
2       E-Mail: Derek.Sachs@lewisbrisbois.com
   2850 Gateway Oaks Dr.
3  Sacramento, California 95833
   Telephone: 916.564.5400
4  Facsimile: 916.564.5444

5  STEPHANIE T. YANG, SB# 280006
        E-Mail: Stephanie.Yang@lewisbrisbois.com
6  333 Bush Street, Suite 1100
   San Francisco, California 94104-2872
7  Telephone: 415.362.2580
   Facsimile: 415.434.0882
8
   RACHEL J. LEE, SB# 225263
9       E-Mail: Rachel.Lee@lewisbrisbois.com
   221 North Figueroa Street, Suite 1200
10 Los Angeles, CA 90012
   Telephone: 213.250.1800
11 Facsimile: 213.250.7900

12 Attorneys for Defendant RANDSTAD
   INHOUSE SERVICES, LP (dba RANDSTAD
13 NORTH AMERICA AND RANDSTAD US)

14 SHAUN SETAREH SB#204514
   shaun@setarehlaw.com
15 ADRIENNE HERRERA SB# 278640
   adrienne@setarehlaw.com
16 **SETAREH LAW GROUP**
   9454 Wilshire Blvd. Suite 711
17 Beverly Hills, California 90212
   Telephone: 310-888-7771
18 Facsimile: 310-888-0109
   **Attorneys for Plaintiff**
19 **ADAN ORTIZ**

20                    UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  ADAN ORTIZ, on behalf of himself, all others similarly situated, and the general public, | CASE NO. CV-13-5050-MMC |
| 23  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 24  vs. | Judge:   Hon. Maxine M. Chesney |
| 25  RANDSTAD NORTH AMERICA, L.P., a Delaware Corporation; and DOES 1-10, inclusive, | Trial Date:   None Set |
| 26 | |
| 27  Defendant. | |
| 28 | |

4841-9041-2056.1                                                                CV-13-5050-MMC
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1   Counsel report that they have met and conferred regarding ADR and have reached the
2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3   The parties agree to participate in the following ADR process:
4   **Court Processes:**
5   ☐   Non-binding Arbitration (ADR L.R. 4)
6   ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
7   ☐   Mediation (ADR L.R. 6)
8   *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
9 *appreciably more likely to meet their needs than any other form of ADR must participate in an*
10 *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
11 *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
12   **Private Process:**
13   ☒   Private ADR (*please identify process and provider*) Private Mediation
14   The parties agree to hold the ADR session by:
15   ☐   the presumptive deadline (*The deadline is 90 days from the date of the order*
16       *referring the case to an ADR process unless otherwise ordered.*)
17   ☒   other requested deadline August 31, 2014
18
19   DATED: February 5, 2014          LEWIS BRISBOIS BISGAARD & SMITH LLP
20
21                                    By:    /s/ Stephanie T. Yang
22                                        Rachel J. Lee
                                          Derek Sachs
23                                        Stephanie T. Yang
                                          Attorneys for Defendant RANDSTAD INHOUSE
24                                        SERVICES, LP (dba RANDSTAD NORTH
                                          AMERICA AND RANDSTAD US)
25
26
27
28

4841-9041-2056.1                    2                            CV-13-5050-MMC
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  DATED: February 5, 2014                SETAREH LAW GRUOP

2

3                                         By:      /s/ Shaun Setareh
4                                                Shaun Setareh
                                                 Adrienne Herrera
5                                                Attorneys for Plaintiff ADAN ORTIZ

6

7                                [PROPOSED] ORDER

8     ☒     The parties' stipulation is adopted and IT IS SO ORDERED.

9     ☐     ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED.~~

10

11

12

13   **IT IS SO ORDERED.**

14

15   DATED: February 6, 2014                    /s/ Maxine M. Chesney
16                                          The Hon. Maxine Chesney
                                            United States District Judge

17

...

28

4841-9041-2056.1                          3                          CV-13-5050-MMC
          STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE

*Adan Ortiz v. Randstad North America, LP*
USDC-Northern District, Case No. CV-13-5050-MMC

File No. 30953.209

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 5, 2014, I served the following document(s): STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Shaun Setareh, Esq.
Adrienne Herrera, Esq.
Setareh Law Group
9454 Wilshire Boulevard, Suite 711
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
Email: shaun@setarehlaw.com
        adrienne@setarehlaw.com

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 5, 2014, at San Francisco, California.

/s/ Lisa Ramon
Lisa Ramon

4841-9041-2056.1

CV-13-5050-MMC
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS