1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SB# 253990
2     E-Mail: Derek.Sachs@lewisbrisbois.com
2850 Gateway Oaks Dr.
3 Sacramento, California 95833
Telephone: 916.564.5400
4 Facsimile: 916.564.5444

5 STEPHANIE T. YANG, SB# 280006
    E-Mail: Stephanie.Yang@lewisbrisbois.com
6 333 Bush Street, Suite 1100
San Francisco, California 94104-2872
7 Telephone: 415.362.2580
Facsimile: 415.434.0882

8
RACHEL J. LEE, SB# 225263
9     E-Mail: Rachel.Lee@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
10 Los Angeles, CA 90012
Telephone: 213.250.1800
11 Facsimile: 213.250.7900

12 Attorneys for Defendant RANDSTAD
INHOUSE SERVICES, LP (dba RANDSTAD
13 NORTH AMERICA AND RANDSTAD US)

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
16

17

| | |
|---|---|
| 18 ADAN ORTIZ, on behalf of himself, all others similarly situated, and the general public, | CASE NO. CV-13-5050-MMC |
| 19     Plaintiff, | ORDER GRANTING **DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**; |
| 20     vs. | DIRECTING ALL PARTIES TO APPEAR BY PHONE **[FILED CONCURRENTLY WITH THE DECLARATION OF DEREK SACHS]** |
| 21 RANDSTAD NORTH AMERICA, L.P., a Delaware Corporation; and DOES 1-10, | |
| 22 inclusive, | Judge:   Hon. Maxine M. Chesney |
| 23     Defendant. | Trial Date:     None Set |

24

25     **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

26 **RECORD:**

27     Pursuant to Local Rule 16-10(a), Defendant RANDSTAD INHOUSE SERVICES, LP (dba

28 RANDSTAD NORTH AMERICA AND RANDSTAD US) ("Defendant") respectfully requests

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

1  that its lead counsel, Derek Sachs, be allowed to appear at the upcoming February 14, 2014 Case

2  Management Conference ("CMC") by telephone in lieu of in-person appearance.  Mr. Sachs

3  resides in El Dorado Hills, California, approximately 120 miles from San Francisco.  (Decl. Sachs,

4  ¶2.)  It will be more efficient for Mr. Sachs to participate in the Case Management Statement by

5  telephone.

6          For the foregoing reasons, Defendant respectfully requests that the Court allow its lead

7  counsel to appear telephonically at the CMC.

8

9  DATED: February 7, 2014                LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11                                        By:        /s/ Derek S. Sachs

12                                               Derek S. Sachs
                                                 Attorneys for Defendant RANDSTAD INHOUSE
13                                               SERVICES, LP (dba RANDSTAD NORTH
                                                 AMERICA AND RANDSTAD US)
14

15                                        [PROPOSED] ORDER

                                                                            and DIRECTS
16          Having found good cause, this Court hereby GRANTS Defendant's request for its lead

   all
17  counsel to appear telephonically at the February 14, 2014 Case Management Conference.
   ^

18

19

20  DATED:  February 12, 2014            By:  _Maxine M. Chesney_____
                                             The Hon. Maxine Chesney
21                                           United States District Judge

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4852-3761-0264.1                        2                        CV-13-5050-MMC
DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE