IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAN ORTIZ,

    Plaintiff,

v.

RANDSTAD NORTH AMERICA, L.P.,

    Defendant.

No. C-13-5050 MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR PARTIAL JUDGMENT AND PLAINTIFF'S REQUEST FOR CONTINUANCE; CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is defendant Randstad North America, L.P.'s Motion for Partial Summary Judgment, filed January 30, 2015.  Plaintiff Adan Ortiz has filed opposition, which opposition includes a request for a continuance pursuant to Rule 56(d) of the Federal Rules of Civil Procedure.  Defendant has filed a reply.  Having read and considered the papers filed by the parties, the Court deems defendant's motion and plaintiff's request for a continuance suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 6, 2015.

    Additionally, in light of the above-referenced pending motion and request, the Case Management Conference is hereby CONTINUED from March 13, 2015 to April 17, 2015.  A Joint Case Management Statement shall be filed no later than April 10, 2015.

    **IT IS SO ORDERED.**

Dated: March 3, 2015

                                             MAXINE M. CHESNEY
                                             United States District Judge