**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
    E-Mail: John.Barber@lewisbrisbois.com
ALISON M. MICELI, SB# 243131
    E-Mail: Alison.Miceli@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone:  714.545.9200
Facsimile:  714.850.1030

RACHEL J. LEE, SB# 225263
    E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90012
Telephone:  213.250.1800
Facsimile:  213.250.7900

DEREK S. SACHS, SB# 253990
    E-Mail: Derek.Sachs@lewisbrisbois.com
2850 Gateway Oaks Dr.
Sacramento, California 95833
Telephone:  916.564.5400
Facsimile:  916.564.5444

Attorneys for Defendant
RANDSTAD INHOUSE SERVICES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAN ORTIZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>RANDSTAD INHOUSE SERVICES, L.P., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 13-CV-05050-MMC (JCS)<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** AND ORDER REQUIRING ALL PARTIES TO APPEAR TELEPHONICALLY<br>Date:          April 17, 2015<br>Time:         10:30 a.m.<br>Courtroom:  7<br>Judge:        Hon. Maxine M. Chesney |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 16-10(a), Defendant Randstad InHouse Services, L.P. ("Defendant") respectfully requests that its Lead Counsel, John L. Barber, be allowed to appear at the upcoming Case Management Conference scheduled for April 17, 2015 by telephone in lieu of an in-person appearance.

Mr. Barber resides in Orange County, California, approximately 500 miles from San Francisco. (Declaration of John L. Barber, ¶ 2). Therefore, it will be more efficient for Mr. Barber to participate in the Case Management Conference by telephone.

For the foregoing reasons, Defendant respectfully requests that the Court allow its Lead Counsel to appear telephonically at the Case Management Conference.

Dated: April 10, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     /s/ Alison M. Miceli
    John L. Barber
    Rachel J. Lee
    Derek S. Sachs
    Alison M. Miceli
    Attorneys for Defendant
    RANDSTAD INHOUSE SERVICES, L.P.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-6315-2419.1

2

13-CV-05050-MMC (JCS)

**[PROPOSED] ORDER**     and rules that all parties shall

Having found good cause, this Court hereby GRANTS Defendant's request ^for its Lead Counsel to appear telephonically at the upcoming Case Management Conference scheduled for April 17, 2015.

Dated:   April 14, 2015

UNITED STATES DISTRICT JUDGE
HONORABLE MAXINE M. CHESNEY

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE

*Adan Ortiz v. Randstad InHouse Services, L.P.*
USDC-Northern District, Case No. 13-CV-05050-MMC (JCS)

File No. 30953.209

STATE OF CALIFORNIA, COUNTY OF ORANGE

      At the time of service, I was over 18 years of age and not a party to the action.  My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      On April 10, 2015, I served the following document(s): **DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

      I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Shaun Setareh, Esq.
Adrienne Herrera, Esq.
Setareh Law Group
9454 Wilshire Boulevard, Suite 711
Beverly Hills, CA 90212
Telephone:  (310) 888-7771
Facsimile:  (310) 888-0109
Email: shaun@setarehlaw.com
        adrienne@setarehlaw.com

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

      Executed on April 10, 2015, at Costa Mesa, California.

Jeannine R. Watson

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW