1  SHAUN SETAREH, State Bar No. 204514
   shaun@setarehlaw.com
2  TUVIA KOROBKIN, State Bar No. 268066
   tuvia@setarehlaw.com
3  SETAREH LAW GROUP
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, CA 90212
   Telephone:  (310) 888-7771
5  Facsimile:   (310) 888-0109

6

7  Attorneys for Plaintiff,
   ADAN ORTIZ
8

9  *Counsel continued on next page*

10
            **UNITED STATES DISTRICT COURT**
11
            **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | ADAN ORTIZ, on behalf of himself, all others similarly situated, | Case No. 13-cv-05050-~~MEJ~~  MMC |
14 | | ORDER APPROVING **STIPULATION** ~~AND~~ ~~[PROPOSED] ORDER~~ **TO VACATE CLASS CERTIFICATION DEADLINES AND HEARING** ; DIRECTING PARTIES TO FILE JOINT STATUS REPORT |
15 | *Plaintiff*, | |
16 | v. | |
17 | RANDSTAD INHOUSE SERVICES, LP, a Delaware Limited Partnership; and DOES 1-10, inclusive, | |
18 | | |
19 | | |
20 | *Defendants*. | Action Filed: October 29, 2013 |

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB #160317
E-Mail: John.Barber@lewisbrisbois.com
ALISON M. MICELI, SB# 243131
E-Mail: Alison.Miceli@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

RACHEL J. LEE, SB# 225263
E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DEREK S. SACHS, SB# 253990
E-Mail: Derek.Sachs@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant

RANDSTAD INHOUSE SERVICES, LP

STIPULATION AND [PROPOSED] ORDER TO VACATE CLASS CERTIFICATION DEADLINES AND HEARING

1   Plaintiff Adan Ortiz ("Plaintiff") and Defendant Randstad InHouse Services,
2   LP ("Defendant"), (collectively the "Parties"), respectfully file this Joint
3   Stipulation to inform the Court that the parties participated in a private mediation
4   with Steve Rottman on November 12, 2015. The parties have agreed to settle this
5   matter on a class-wide basis, and the Parties are in the process of moving towards
6   filing a motion for preliminary approval of the class action settlement within the
7   next 60 days.
8   As a result, the Parties jointly request: (1) the January 20, 2016 deadline for
9   Plaintiff to file his motion for class certification be vacated; (2) the March 22, 2016
10  deadline for Defendant to file its opposition to Plaintiff's motion for class
11  certification be vacated; (3) the April 22, 2016 deadline for Plaintiff to file his
12  reply in support of Plaintiff's motion for class certification be vacated; and (4) that
13  the hearing on Plaintiff's motion for class certification set for May 20, 2016 be
14  vacated.

Dated: December 3, 2015              SETAREH LAW GROUP


                                     By: /s/Shaun Setareh_____
                                         SHAUN SETAREH,
                                         Attorneys for Plaintiff,
                                         Adan Ortiz


Dated: December 3, 2015              LEWIS BRISBOIS BISGAARD &
                                     SMITH LLP


                                     By: /s/John Barber_____
                                         John Barber,
                                         Attorneys for Defendant,
                                         Randstad InHouse Services, L.P.

STIPULATION AND [PROPOSED] ORDER TO VACATE CLASS CERTIFICATION
DEADLINES AND HEARING

1
2    I attest that all other signatories listed, and on whose behalf the filing is
3  submitted, concur in the filing's content and have authorized the filing.
4
5  Dated: December 3, 2015                    SETAREH LAW GROUP
6
7                                             By: /s/Shaun Setareh_____
8                                                 SHAUN SETAREH,
                                                  Attorneys for Plaintiff,
9                                                 Adan Ortiz
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

Having read and considered the Parties' Joint Stipulation to vacate class certification deadlines and hearing, and for good cause shown:

1. The Parties' Joint Stipulation is **GRANTED**;
2. The January 20, 2016 deadline for Plaintiff to file his motion for class certification is vacated;
3. The March 22, 2016 deadline for Defendant to file its opposition to Plaintiff's motion for class certification is vacated;
4. The April 22, 2016 deadline for Plaintiff to file his reply in support of Plaintiff's motion for class certification is vacated; and
5. The hearing on Plaintiff's motion for class certification set for May 20, 2016 is vacated.

Additionally, the parties are hereby DIRECTED to file, no later than February 5, 2016, a Joint Status Report if, by said date, the parties have not filed a motion for preliminary approval of the settlement.

**IT IS SO ORDERED**.

DATED: December 7, 2015

_____
Hon. Maxine M. Chesney
United States District Judge