IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORTIZ,<br><br>  Plaintiff,<br>  v.<br><br>RANDSTAD INHOUSE SERVICES, L.P.,<br><br>  Defendant.<br>_____/ | No. C-13-5050 MMC<br><br>**ORDER DIRECTING PLAINTIFF AND DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On December 28, 2015, plaintiff electronically filed his Third Amended Class Action Complaint, and, on January 15, 2016, defendant electronically filed its answer thereto. Both parties have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Each party is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document said party electronically filed.  The parties are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a

chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 25, 2016

MAXINE M. CHESNEY
United States District Judge