Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
Thomas Segal (SBN 222791)
    thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: 310.888.7771; Facsimile: 310.888.0109
Attorneys for Plaintiff, ADAN ORTIZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ADAN ORTIZ, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>RANDSTAD INHOUSE SERVICES, L.P., a Delaware Limited Partnership; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. 13-cv-05050-MMC<br><br>**ORDER:**<br>**(1) PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**<br>**(2) CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**<br>**(3) APPOINTING CLASS REPRESENTATIVE, CLASS COUNSEL, AND CLAIMS ADMINISTRATOR;**<br>**(4) APPROVING NOTICE OF CLASS SETTLEMENT; AND**<br>**(5) SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Hearing Date:<br>May 13, 2016<br>Time: 9:00am<br>Courtroom: 7 |

On May 13, 2016, a hearing was held on the motion of Plaintiff Adan Ortiz ("Plaintiff") for conditional certification of a settlement class, preliminary approval of the Parties' proposed Settlement, approval of the Notice to be sent to the class about the Settlement and the forms of the Claim Form and Request for Exclusion Form; approval of Class Representative and Class Counsel; and the setting of a date for the hearing on final approval of the settlement.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law; and good cause appearing therefor,

IT IS ORDERED:

1.      The proposed class defined in paragraph 4 of this Order meets the requirements for class certification for settlement purposes only under Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

2.      The Parties' Settlement Agreement (the "Settlement" or the "Agreement") (Declaration of Shaun Setareh in Support of Motion for Preliminary Approval of Class Action Settlement Exh. A) is granted preliminary approval as it meets the criteria for preliminary settlement approval. The Settlement falls within the range of possible approval as fair, adequate, and reasonable, and appears to be the product of arms' length and informed negotiations and to treat all Class Members fairly.

3.      The parties' proposed notice plan is constitutionally sound because individual notices will be mailed to all class members whose identities are known to the parties, notice will also be posted on a static website maintained by the Settlement Administrator and such notice is the best notice practicable.  The Parties' proposed Notice of Proposed Class Action Settlement (attached hereto as Exhibit A) is sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to the Settlement, their rights to dispute their amount due under the Settlement, and their rights to elect not to

participate in the Settlement, the processes for doing so, and the date and location of the final approval hearing, and is therefore approved.

4. The following persons are certified as Class Members solely for the purpose of entering a settlement in this matter: "All non-exempt or hourly persons employed by Defendant Randstad InHouse Services, L.P. ("Defendant" or "Randstad") in California who supply services to third party clients (as temporary placement employees and external talents) from October 29, 2009 to the date when the Court grants and enters the Preliminary Approval Order."

5. Any Class Member who wishes to object to the Settlement has until August 26, 2016, to file with the Court his or her written Objection. Such objection shall include the name, address and telephone number of the objector, dates of employment and the basis for any objection and, if the objector is represented by counsel, the name and address of the objector's counsel. No Settlement Class member may be heard at the final settlement hearing who has not complied with this requirement and any Final Settlement Class member who fails to comply with this requirement will be deemed to have waived any right to object to the settlement.

6. Plaintiff's motion for attorney fees shall be filed and placed on the Claims Administrator's website no later than July 29, 2016.

7. Any Class Member who wishes to be excluded from the Settlement has until August 26, 2016, to do so.

8. Any Class Member who wishes to challenge their share of the settlement as calculated by the Settlement Administrator must timely send a written notice of the dispute to the Settlement Administrator. A dispute notice will be considered timely sent if postmarked no later than August 26, 2016.

9. Plaintiff Adan Ortiz is appointed the Class Representative. Shaun Setareh of the Setareh Law Group is appointed Class Counsel.

10. CPT Group is appointed as Claims Administrator.

11.     The Class Notice will be disseminated according to the notice plan described in the Settlement and substantially in the form attached hereto as Exhibit A.  Proof of distribution of Class Notice will be filed by the parties in conjunction with the motion for an order granting final approval of the Settlement. The motion for an order granting final approval of the Settlement shall be filed no later than September 9, 2016.

12.     Randstad is directed to provide to the Claims Administrator not later than 20 business days after the date of this Order the full names, contact information, and other pertinent information for each Class Member, as specified by the Settlement.

13.     The Claims Administrator is directed to mail the Class Notice by first-class mail to each Class Member not later than 15 business days after receipt of the Class List as specified by the Settlement.

14.     Class members are not required to file claims in order to receive their share of the settlement.  If the settlement is finally approved, all class members who did not timely request exclusion will be mailed their share of the settlement by the Claims Administrator.

15.     A final approval hearing will be held on September 23, 2016, at 9:00 a.m., to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider Plaintiff and Class Counsel's request, made by separate motion, for the Class Representative Payments and Attorneys' Fees and Costs.

//
//
//
//
//

16. The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

Dated: May 20, 2016

Hon. Maxine M. Chesney
United States District Judge